UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION LOCAL 18,

        Plaintiff,

v.                                    Case No. 09-CV-46

STAR FIRE FIREPLACE INSTALLATION, INC.,

        Defendant.

_____

## ORDER

On January 1, 2009, plaintiff Sheet Metal Workers' International Association Local 18 filed a complaint seeking to enforce an arbitration award pursuant to the Labor Management Relations Act of 1947, as amended, 29 U.S.C. § 185. On February 9, 2009, defendant Star Fire Fireplace Installation, Inc. ("Star Fire") filed an answer. (Docket #8). Star Fire's answer and an accompanying notice of appearance are signed by Anne M. Rhoades, who does not purport to be an attorney.

Although individuals may appear in federal court *pro se* under 28 U.S.C. § 1654, corporations may only appear through licensed counsel. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993). Therefore, because Star Fire's answer is signed only by a non-attorney, it cannot stand. *See Operating Eng'rs Local 139 Health Benefit Fund v. Rawson*

*Plumbing*, 130 F.Supp.2d 1022, 1023-24 (E.D. Wis. 2001). Under Fed.R.Civ.P. 11(a), the court deems Star Fire's answer unsigned. *See id.* at 1024.

Accordingly,

**IT IS ORDERED** that defendant's answer (Docket #8) and defendant's notice of appearance (Docket #9) be and the same are hereby **STRICKEN**;

Dated at Milwaukee, Wisconsin, this 27th day of February, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge